GEORGE GONZALES, APPELLANT AND PROSECUTOR BE-
LOW, v. MAYOR AND COUNCIL OF THE CITY OF HO-
BOKEN ET AL., RESPONDENTS.

Argued July 1, 1913—Decided November 17, 1913.

On appeal from the Supreme Court.

For the appellant, *Merritt Lane.*

For the respondents, *John J. Fallon.*

PER CURIAM.

The questions raised in this case are precisely the same as those existing in the case of *Fagan* v. *Hoboken, 55 Vroom 226,* and the judgment of the Supreme Court entered in this case will be reversed and the proceedings and resolutions under review set aside for the reasons given in that case.

*For affirmance*—None.

*For reversal*—THE CHIEF JUSTICE, GARRISON, TRENCHARD, PARKER, BERGEN, MINTURN, VREDENBURGH, CONGDON, WHITE, TERHUNE, HEPPENHEIMER, JJ. 11.